Mart L. Van Kirk, Respondent, v. The First Society of the Methodist Episcopal Church in the Village of Geneva, New York, Appellant.— Judgment and order affirmed, with costs. All concurred.

George B. Geitner, Respondent, v. Westinghouse Machine Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

James Dey, Respondent, v. Robert Dey and Donald Dey, Appellants. — Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred; McLennan, P. J., not sitting.

Thomas Bove, Appellant, v. The City of Rome, Respondent.— Judgment and orders affirmed, with costs. All concurred.

Freeman C. Allen, Appellant, v. Marian I. McDonell, Respondent.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground of prejudicial error in the admission of evidence of what plaintiff received on sale of shares of stock nearly two years later after he had made it more valuable by nearly two years of his own labor.

William Roland, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Pelagia Fronczak, as Administratrix, etc., of John Fronczak, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

Oswego Falls Pulp and Paper Company, Respondent, v. Stecher Lithographic Company, Appellant.— Judgment and orders affirmed, with costs. All concurred.

In the Matter of the Claim of J. Herbert Nicholoy, Respondent, v. The Village of Newark, Appellant, for Damages from an Alleged Change of Grade of East Union Street in Said Village of Newark, New York.— Interlocutory judgment affirmed, with costs. All concurred.

In the Matter of the Claim of Carrie E. Beal, Respondent, v. The Village of Newark, Appellant, for Damages from an Alleged Change of Grade of East Union Street in Said Village of Newark, New York.— Interlocutory judgment affirmed, with costs. All concurred.

Cyrus Hawley, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lewis B. Tottingham, Respondent, v. Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

C. B. Whitmore Company, Respondent, v. Bellew & Merritt Company, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Caroline Ewing and John A. Covert, as Administrators, etc., of Joel Ewing, Deceased, Respondents. Austin W. Carpenter, as Trustee of Ernest W. Ewing, Bankrupt, Appellant.— Decree affirmed, with costs. All concurred.